IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER BILLEAUD,

   Plaintiff,

v.                                                                         4:24cv65–WS/MAF

DEPARTMENT OF CORRECTIONS,

   Defendant.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed February 8, 2024. The magistrate judge recommends that this case be dismissed and that Plaintiff's motions for appointment of an expert and for a certificate of appealability be denied. Plaintiff has filed no objections to the report and recommendation, despite having been granted an extension of time to do so.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 4) is

ADOPTED and incorporated by reference in this order of the court.

2. This case is DISMISSED.

3. Plaintiff's motions for appointment of an expert (ECF No. 1) and for a certificate of appealability (ECF No. 2) are denied.

4. The clerk is directed to enter judgment, stating: "Plaintiff's case is dismissed."

5. The clerk shall close the case.

DONE AND ORDERED this   5th   day of   April  , 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE